

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-17,639-12

**EX PARTE GARLAND CLIFTON EPTING, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. CR40910-C IN THE 441ST DISTRICT COURT
FROM MIDLAND COUNTY**

*Per curiam*.

**O R D E R**

Applicant was convicted of theft by check as a repeat offender and sentenced to nine years' imprisonment. Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claim that he was improperly denied release to discretionary mandatory supervision is without merit. Therefore, we deny relief.

Applicant's remaining claim alleging he has been denied pre-sentence jail time credit is dismissed pursuant to *Ex parte Ybarra*, 149 S.W.3d 147, 148-149 (Tex. Crim. App. 2004).

Filed: September 22, 2021
Do not publish